

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00168-CV

———————————————

IN RE PATRICK EVANS, Relator

---

Original Proceeding
County Criminal Court No. 2 of Tarrant County, Texas
Trial Court No. 0989458D

---

Before Bassel, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 13, 2022